IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TRISURA SPECIALTY         )
INSURANCE COMPANY,        )
                          )
    Plaintiff,            )
                          )    CIVIL ACTION NO.
    v.                    )     2:23cv538-MHT
                          )         (WO)
IQBAL S. "PETER" SIDHU;   )
et al.,                   )
                          )
    Defendants.           )
```

## ORDER

Defendant Premier Kings of North Alabama, LLC having made a suggestion of bankruptcy (Doc. 15) and counsel for the parties having orally informed the court during an on-the-record hearing on November 17, 2023, that they do not object to this order, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Premier Kings of North Alabama, LLC is dismissed and terminated without prejudice to the right of any party to petition to reinstate this defendant as a party to pursue any claim embraced

herein not adjudicated in or discharged by proceedings in the bankruptcy court;

(2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action against said party; and

(3) That any petition for reinstatement must be filed by a party within 63 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

This case is not closed.

DONE, this the 17th day of November, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**