IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TRISURA SPECIALTY              )
INSURANCE COMPANY,             )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:23cv538-MHT
                               )           (WO)
ZARIF SIDHU, in his            )
capacity as the Personal       )
Representative of the          )
Estate of Iqbal S. "Peter"     )
Sidhu; et al.,                 )
                               )
     Defendants.               )
```

**ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE AND WITH WAIVER OF STATUTE OF LIMITATIONS DEFENSE**

Upon consideration of the joint stipulation of partial dismissal without prejudice and with waiver of any statute-of-limitations defense, filed by plaintiff and defendants Joginder Sidhu and Jay Gill, it is ORDERED that:

(1) The joint stipulation of partial dismissal (Doc. 35) is construed as a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).

(2) The joint motion to dismiss (Doc. 35) is granted, and all claims against defendant Joginder Sidhu, in his capacity as the personal representative of the estate of Manraj S. "Patrick" Sidhu, and defendant Jay Gill are dismissed without prejudice, with the parties bearing their own attorneys' fees and costs, and subject to the agreed waiver by defendants Joginder Sidhu and Jay Gill of the right to assert a statute-of-limitations defense should plaintiff re-file its complaint, as amended, against said defendants.

(3) Defendants Joginder Sidhu and Jay Gill are terminated as parties to this proceeding.

This order of dismissal does not apply to plaintiff's claims against defendant Zarif Sidhu, who remains a party to this proceeding.

This case is not closed.

DONE, this the 30th day of October, 2024.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE